IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODERICK BOYKINS,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:24-cv-37
                                 )
SCOTLAND CORRECTIONAL            )
INSTITUTION, FNU LOCKLEAR,       )
DEAN LOCKLEAR, FNU SCOTT,        )
and TAMARA RUSH,                 )
                                 )
            Defendants.          )

## ORDER

On February 1, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of March, 2024.

                                        /s/ William L. Osteen, Jr.
                                     United States District Judge